02-22601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



| | |
|---|---|
| GERARDO HERNANDEZ, and others similarly-situated, | CASE NO. |
| Plaintiffs, | MAGISTRATE JUDGE |
| vs. | |
| FLORIDA ROCK INDUSTRIES, INC., a Florida corporation, | |
| Defendant. | |

## NOTICE OF CONSENT TO JOIN

COMES NOW, Plaintiff, GERARDO HERNANDEZ, by and through his undersigned attorney and hereby gives notice of his Consent to Join.

DATED this 3rd day of September, 2002.

THE LAW OFFICES OF
EDDY O. MARBAN
Ocean Bank Building, Suite 350
782 N.W. LeJeune Road
Miami, Florida 33126
Telephone (305) 448-9292
Facsimile (305) 448-2788
E-mail address: emarban@aol.com

By: _____
EDDY O. MARBAN, ESQ.
Fl. Bar No. 435960

## NOTICE OF CONSENT TO JOIN

The undersigned, GERARDO HERNANDEZ, hereby consents, pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this action.

_____
GERARDO HERNANDEZ
Date: 7/19/02